### In re BERGSTROM.

(Supreme Court, Appellate Division, First Department. April 23, 1909.)

Appeal from Special Term, New York County.

Application by Oscar B. Bergstrom for an order to A. Livingston Norman to deliver certain papers. From an order denying the application, petitioner appeals. Reversed, and application granted.

Argued before INGRAHAM, LAUGHLIN, CLARKE, HOUGHTON, and SCOTT, JJ.

Oscar B. Bergstrom, for appellant.
John R. Delafield, for respondent.

INGRAHAM, J. The questions presented on this application are the same as those presented in the proceeding against the same attorney decided herewith. 116 N. Y. Supp. 245. For the reasons stated in the opinion on that appeal, the order appealed from is reversed, with $10 costs and disbursements, the motion granted, with $10 costs, to be paid by the attorney personally, and the attorney required, within five days after the service of this order, to deliver the printed records in his possession to the petitioners. All concur.